**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ray REED, Defendant–Appellant.**

**No. 14–2356.**

United States Court of Appeals,
Eighth Circuit.

Feb. 10, 2015.

Submitted: Feb. 10, 2015.

Filed: Feb. 10, 2015.

Thomas Christian Albus, U.S. Attorney's Office, Saint Louis, MO, for Plaintiff–Appellee.

---

Ray Reed, Saint Louis, MO, pro se.

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

PER CURIAM.

Ray Reed appeals the district court's[1] order modifying his supervised-release conditions by adding a restriction that he not be self-employed as a tax preparer while on supervised release. Upon careful review, we find no abuse of discretion. *See United States v. Davies,* 380 F.3d 329, 332 (8th Cir.2004) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.